No. 78–599. SECRETARY OF THE NAVY ET AL. *v.* HUFF ET AL. C. A. D. C. Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument in tandem with No. 78–1006, *Brown* v. *Glines,* immediately *infra.* ▮

No. 78–1006. BROWN, SECRETARY OF DEFENSE, ET AL. *v.* GLINES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument in tandem with No. 78–599, *Secretary of the Navy* v. *Huff,* immediately *supra.* ▮

No. 78–972. UNITED STATES *v.* APFELBAUM. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 78–990. UNITED STATES *v.* BAILEY ET AL.; and UNITED STATES *v.* COGDELL. C. A. D. C. Cir. Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted. Reported below: 190 U. S. App. D. C. 142, 585 F. 2d 1087 (first case); 190 U. S. App. D. C. 185, 585 F. 2d 1130 (second case).

No. 78–1183. CARBON FUEL Co. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 4th Cir. Certiorari granted. ▮

No. 76–6853. RANDLE ET AL. *v.* BEAL, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 78–221. SIERRA TERRENO ET AL. *v.* TAHOE REGIONAL PLANNING AGENCY. Ct. App. Cal., 3d App. Dist. Certiorari denied. ▮